THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of Deon R., 
 A Minor Under the Age of Seventeen (17), Appellant.
 
 
 

Appeal From Sumter County
 F.P. Segars-Andrews, Family Court Judge

Unpublished Opinion No. 2008-UP-345
Submitted July 1, 2008  Filed July 9, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia, and  C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER
 CURIAM:  Deon R. pled guilty to first degree burglary and was sentenced to
 ninety days, to be released into alternative placement provided by the
 Department of Juvenile Justice (DJJ).  Deon R. appeals his sentence, arguing
 the family court erred in failing to explain the refusal to follow the DJJs
 recommendation of a suspended commitment.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Deon R.s appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.